FILED
VANESSA L. ARMSTRONG, CLERK

MAR -4 2014



U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            INDICTMENT

v.                           NO.    3:14 CR-21-M

STACEY MUNFORD                      21 U.S.C. § 841(a)(1)
DAVID MUNFORD                       21 U.S.C. § 841(b)(1)(B)
MAURICE WILSON                      21 U.S.C. § 846
JOHNNY TURNER                       21 U.S.C. § 853
STEVEN SMITH                        18 U.S.C. § 4
JOSEPH JORDAN
DAVID MARSHALL

The Grand Jury charges:

## COUNT 1

On or about and between October 1, 2009, and September 28, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **STACEY MUNFORD, DAVID MUNFORD, MAURICE WILSON, JOHNNY TURNER, STEVEN SMITH** and **JOSEPH JORDAN**, conspired to knowingly and intentionally possess with the intent to distribute 100 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 2

On or about and between October 1, 2009, and February 9, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DAVID MARSHALL**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to possession with intent to distribute and distribution of marijuana, did conceal the same and did not, as soon as possible, make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Section 846, as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendants, **STACEY MUNFORD, DAVID MUNFORD, MAURICE WILSON, JOHNNY TURNER, STEVEN SMITH** and **JOSEPH JORDAN,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner

or part, to commit or to facilitate the commission of the violation alleged in this Indictment, including but not limited to:

    a.    $24,100.00 in United States currency;

    b.    $3,080.00 in United States currency; and

    c.    $8,800.00 in United States currency.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

*Laura J Hale* (signature)
DAVID J. HALE
UNITED STATES ATTORNEY

DJH: JSD

UNITED STATES OF AMERICA v. **STACEY MUNFORD, ET AL.**

## PENALTIES

Count 1:     NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
             NL 10 yrs./NM Life/$8,000,000/both/NL 10 yrs. Supervised Release
             (with notice of 1 prior felony drug conviction)
Count 2:     NM 3 yrs./NM $250,000/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.
        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.     Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
STACEY MUNFORD; DAVID MUNFORD;

MAURICE WILSON; JOHNNY TURNER;

STEVEN SMITH; JOSEPH JORDAN;

DAVID MARSHALL

## INDICTMENT
Title 21 U.S.C. §§ 846; 841(b)(1)(B);
Title 18 U.S.C. § 4:
**Conspiracy to Possess with the Intent to Distribute Marijuana; Misprision of a Felony.**

*A true bill.*

_____
*Foreman*

*Filed in open court this 4th day, of March, A.D. 2014.*

_____
*Clerk*

*Bail, $*



**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR - 4 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY