

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG - 3 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| PLAINTIFF | : Criminal Action No. 3:14CR-00021-JHM |
| V. | : CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| DAVID MARSHALL | : |
| DEFENDANT | : |

## ACKNOWLEDGMENT OF WAIVER
## OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

August 3, 2015
Date

_____
Defendant